## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                  Case No.    5:21cr35-TKW

MARCEL JEAN MICHAUD,
KENNETH SIZEMORE,
DARRELL MICHAEL BRITT,
JOHNNY WAYNE CARR,
JAMES WILSON, and DAVID BARRON

## NOTICE OF HEARING

**TAKE NOTICE** that a hearing in this case has been set before Judge. T. Kent Wetherell, II, as described below:

| | |
|---|---|
| **Place:** | U.S. District Court<br>One North Palafox St.<br>Pensacola, Florida 32502 |
| **Room No:** | Courtroom 4 North |
| **Date:** | June 13, 2022 |
| **Time:** | 8:30 AM  C.T. |
| **Proceeding:** | Jury Trial |

**NOTE**:  If anyone participating in this hearing has a disability that requires special accommodation, please contact the Clerk's office as soon as possible so arrangements can be made.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

4/1/2022

DATE:

s/ *Paula Cawby*

Deputy Clerk:

Copies to:
Counsel of Record
U.S. Marshal Service
U.S. Probation Office
Court Security